DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHAD LANDRY KITTLES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3265

[February 21, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case Nos. 93-21770CF10A and 94-04138CF10A.

Chad Landry Kittles, Fort Lauderdale, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***